1

**JS-6**

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    **DANNY NAVARETTE,**                          )    **NO. CV 15-6517-FMO (KS)**
                              **Petitioner,**            )
12                    **v.**                              )    **JUDGMENT**
                                                    )
13                                                   )
      **CLARK E. DUCART, Warden,**                   )
14                          **Respondent.**          )
15    _____  )

16

17

18         Pursuant to the Court's Order Accepting Findings and Recommendations of United

19    States Magistrate Judge,

20

21         IT IS ADJUDGED that this action is dismissed with prejudice.

22

23

24    DATED: November 21, 2016                    _____/s/_____

25                                                        FERNANDO M. OLGUIN
                                                    UNITED STATES DISTRICT JUDGE

26

27

28